NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00008-RFB-NJK |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| GERARDO RIVERA-ROSALES, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about December 29, 2020, a Complaint was filed with the Court, charging Mr. Rivera-Rosales with violation of 8 U.S.C. § 1326(a), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-01110-BNW.

2. Mr. Rivera-Rosales made an initial appearance before the Court on or about January 4, 2021, and was ordered detained pending trial. *Id*. at ECF Nos. 3, 20. Mr. Rivera-Rosales remains detained by the U.S. Marshals Service.

3.  Mr. Rivera-Rosales has signed a plea agreement with the United States, and this Court has set a change of plea hearing for April 25, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4.  Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 18th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

    /s/ *Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00008-RFB-NJK |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| GERARDO RIVERA-ROSALES, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Geraldo Rivera-Rosales,* is unsealed.

**DATED** this  24th   day of February, 2021.

By the Court:

_____
Honorable Richard F. Boulware, II
United States District Judge